IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARSHALL S. FENN,

        Plaintiff,

v.                              3:09cv530-WS

ARNP NICHOLS, et al.,

        Defendants.

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 30) docketed November 1, 2011. The magistrate judge recommends that this case be dismissed without prejudice for failure to comply with an order of the court.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's complaint, and this action, are hereby DISMISSED without prejudice for failure to comply with an order of the court.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this        29th        day of      November      , 2011.


                                                s/ William Stafford
                                                WILLIAM STAFFORD
                                                SENIOR UNITED STATES DISTRICT JUDGE